NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

―――――――――

**MAHMOUD KARIM DIALLO,**

*Petitioner*

**v.**

**ENVIRONMENTAL PROTECTION AGENCY,**

*Respondent*

―――――――――

2026-1896

―――――――――

Petition for review of the Merit Systems Protection Board in No. DC-0752-24-0215-I-1.

―――――――――

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.


FOR THE COURT



June 25, 2026

Date

Jarrett B. Perlow
Clerk of Court


**ISSUED AS A MANDATE:** June 25, 2026